UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE RICH CHAPPELL,

    Petitioner,

                                                        Case No. 1:11-cv-1342

v.

                                                        HONORABLE PAUL L. MALONEY

KENNETH T. McKEE,

    Respondent,
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.


Date:  April 12, 2012                                         /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District